IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

OLD SAVANNAH TOURS, LLC, )
)
    Plaintiff and Counter- )
    Defendant, )
)
v. ) CASE NO. CV415-224
)
KELLY TOURS, INC., )
)
    Defendant and Counter- )
    Plaintiff. )
)

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, Plaintiff's Motion to Dismiss Counterclaim (Doc. 16) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of October 2015.

                                            WILLIAM T. MOORE, JR.
                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF GEORGIA